UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO RAY TURNER,<br><br>          Plaintiff,<br><br>   v.<br><br>H. ZUNIGA, et al.,<br><br>          Defendants. | NO. CV 13-1787-MMM (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

      On July 9, 2015, Plaintiff filed a motion to stay the proceedings. Plaintiff alleged that after transferring from one building to another at California State Prison, Sacramento, prison officials failed to return his legal property. Plaintiff's motion to stay (Dkt. No. 61) is DENIED. Briefing on Defendants' motion to dismiss was completed on February 28, 2014, and Plaintiff was able to file objections on July 6, 2015.

      Plaintiff's objections are without merit.

1       IT IS ORDERED that Defendants' motion to dismiss be granted and the
2 complaint dismissed with prejudice.

4 DATED: September 9, 2015        *Margaret M. Morrow*
                                              MARGARET M. MORROW
5                                           United States District Judge