UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO RAY TURNER,<br><br>    Plaintiff,<br><br>  v.<br><br>H. ZUNIGA, et al.,<br><br>    Defendants. | NO.  CV 13-1787-MMM (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed with prejudice and Judgment is entered in favor of Defendants.

DATED: September 9, 2015      _____
                                                              MARGARET M. MORROW
                                                              United States District Judge